**Admitted Pro Hac Vice**
Iwana Rademaekers (TX Bar No. 16452560)
**LAW OFFICES OF IWANA RADEMAEKERS, P.C.**
17304 Preston Road, Suite 800
Dallas, Texas 75252
Main: (214) 579-9319
Fax: (469) 444-6456
Email: iwana@rademaekerslaw.com

*Attorney for Defendant Lincoln Life Assurance Company of Boston*

UNITED STATES DISTRICT COURT

DISTRICT OF ARIZONA

| | |
|---|---|
| Kellie Vazquez,<br><br>Plaintiff,<br>vs.<br><br>Liberty Life Assurance Company of Boston,<br><br>Defendant. | Case No. 2:25-cv-04076-KML<br><br>**NOTICE OF SETTLEMENT** |

Plaintiff Kellie Vazquez and Defendant Liberty Life Assurance Company of Boston submit this Notice to advise the Court that the Parties have settled all matters in dispute in this action. The Parties anticipate filing closing papers with the Court within the next 30 days.

RESPECTFULLY SUBMITTED this 22nd day of July 2026.

LAW OFFICES OF IWANA RADEMAEKERS, P.C.

By: /s/ Iwana Rademaekers
Iwana Rademaekers
Attorney Defendant

AND

/s/ J. Anthony Vessel (with permission)
J. Anthony Vessel, (TX No. 24084019)
Admitted Pro Hac Vice
MARC WHITEHEAD & ASSOCIATES, LLP
403 Heights Boulevard
Houston, Texas 77007
Telephone: (713) 228-8888
Facsimile: (713) 225-0940
Email: anthony@marcwhitehead.com

And

Edmundo P. Robaina (No. 018125)
YEN PILCH ROBAINA & KRESIN PLC
6017 North 15th Street
Phoenix, Arizona 85014
Telephone: (602) 682-6450
Facsimile: (602) 682-6455
Email: epr@yprklaw.com

Attorneys for Plaintiff

## CERTIFICATE OF SERVICE

I hereby certify that on July 22, 2026, I electronically transmitted this document to the Clerk's Office using the CM/ECF System for filing, and the electronic case filing system sent a "Notice of Electronic Filing" to the following attorneys of record who have consented in writing to accept this Notice as service of this document by electronic means, as follows:

J. Anthony Vessel
Email : anthony@marcwhitehead.com

Edmundo P. Robaina
Email: epr@yprklaw.com

Attorneys for Plaintiff

/s/ Sandy Acker
Employee of the Law Offices of
Iwana Rademaekers, P.C.